No. 64.   FEHSENFELD ET AL. *v.* WHIPPLE ET AL., *ante,* p. 813;

No. 238.   McGEE *v.* NORTH CAROLINA, *ante,* p. 802;

No. 15, Misc.   NEAL *v.* RANDOLPH, WARDEN, *ante,* p. 836;

No. 151, Misc.   LEVY *v.* CALIFORNIA, *ante,* p. 883; and

No. 525, Misc., October Term, 1952.   BRINK *v.* UNITED STATES, 345 U. S. 1001.   Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.

No. 511, Misc., October Term, 1952.   LEE *v.* TENNESSEE, 345 U. S. 1003.   Third petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 135, Misc.   SPEARS *v.* TRANSCONTINENTAL BUS SYSTEM, INC. ET AL., *ante,* p. 889;

No. 138, Misc.   TAYLOR *v.* UNITED STATES BOARD OF PAROLE, *ante,* p. 883;

No. 152, Misc.   TAYLOR *v.* UNITED STATES BOARD OF PAROLE, *ante,* p. 883; and

No. 158, Misc.   TAYLOR *v.* SWOPE, WARDEN, *ante,* p. 883.   Petitions for rehearing denied.

JANUARY 4, 1954.

No. 81.   NATIONAL LABOR RELATIONS BOARD *v.* BILL DANIELS, INC. ET AL.   On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit.   *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.   *Howell Chevrolet Co.* v. *Labor Board,* 346 U. S. 482.   *Acting Solicitor Gen-*